**No. 41050.**—Protests 735729–G, etc., of Rolland Frères, Inc. (New York).

Opinion by Tilson, J. Outerwear, knit, in chief value of rayon was held dutiable at 45 cents per pound and 65 percent ad valorem under paragraph 1309 and knit outerwear in chief value of cotton at 45 percent under paragraph 917.

**No. 41051.**—Protests 935668–G, etc., of Corrugated Container Corp. et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41052.**—Protests 848239–G, etc., of Benjamin & Johnes, Inc. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, April 14, 1939

**No. 41053.**—Protest 909041–G of K. Iguchi (Bridgeport).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held entitled to free entry as claimed.

**No. 41054.**—Protests 938789–G, etc., of M. Pressner & Co. (New York).

Opinion by Sullivan, J. It was stipulated that the merchandise consists of so-called cigarette whistles or noisemakers or novelties in part of bamboo, not toys. The claim at 45 percent under paragraph 409 was sustained on the authority of Abstract 39509.

**No. 41055.**—Protest 968664–G of M. Pressner & Co. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the trick daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.